**Jonathan Paul JUDE, Petitioner—
Appellant,**

v.

**COMMISSIONER OF INTERNAL
REVENUE, Respondent—
Appellee.**

No. 01–71095.

T.C. No. 11185–00.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.*

Decided March 22, 2002.

Before FARRIS, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM**

Jonathan Paul Jude appeals pro se the decision of the Tax Court finding him lia-

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

ble for the income taxes in his notice of deficiency, together with a $500 penalty under 26 U.S.C. § 6673 for filing a petition for redetermination of tax liability solely in order to protest the federal tax laws, and for failing to file a tax return for 1998. We affirm for the reasons stated in the Tax Court's bench opinion issued on March 14, 2001.

**AFFIRMED.**

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.